AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| Eric Robert Johnson, | ) | 22-MJ-5096-JGD |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **February 23, 2022** in the county of **Middlesex** in the
_____ District of **Massachusetts** , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(5) and (b)(2) | Possession of Child Pornography |

This criminal complaint is based on these facts:

Please see attached affidavit of Special Agent Trista Adams FBI, incorporated herein.

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Trista Adams, FBI
*Printed name and title*

Sworn to before me telephonically pursuant to Fed. R. Crim. P. 4.1.

Date: 02/23/2022

*Judge's signature*

City and state: Boston, MA

Hon. Judith G. Dein, U.S. Magistrate Judge
*Printed name and title*