**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** II      **Investigating Agency** FBI

**City** Billerica      **Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 22-5079-JGD; 22-5080-JGD
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Eric Robert Johnson     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) 11 Floyd Street, Billerica, MA

Birth date (Yr only): 1973    SSN (last4#): 4126    Sex: M    Race: White    Nationality: USA

**Defense Counsel if known:** _____    Address: _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA: J. Mackenzie Duane    Bar Number if applicable: _____

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC §3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date:** 02/23/2022

☑ Already in Federal Custody as of 02/23/2022 in Plymouth.
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 02/23/2022     Signature of AUSA: *(signed)*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Eric Robert Johnson

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. §2252A(a)(5) | Possession of Child Pornography | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____